United States District Court
Boston Division
Massachusetts

Oriyomi Aloba

vs

Case no.

United State, BOP

Complaint Under FOIA
Privacy Act 552a)

1. Plaintiff Aloba is a citizen of Oklahoma residing at Federal Correctional Institution El Reno.

2. Defendant Bureau of Prison (BOP) is agency of the United States.

3. The Federal Bureau of (BOP) is a component of Department of Justice (DOJ) and has possession custody and control of records plaintiff seeks.

Jurisdiction And Venue

4. This actions arises Under Freedom of Information Act (FOIA) 5 U.S.C § 552 and the Privacy Act of 1974 (hereinafter "PA") 552a

5. This Court has Jurisdiction over Parties and Subject Matter pursuant to 5 U.S.C § 552a and Privacy Act of 1974 552(a)(4)(B) and 5 U.S.C § 552a(g)(i)(B).

6. Venue is Proper in this district pursuant to 5 USC § 552(a)(4)(B) and 5 USC § 552a(g)(B).

## Statement of Facts
## Backgrounds

7. Plaintiff Floba requested for records of his outgoing and incoming mail logs to the two facility plaintiff has resided or incarcerated under the authority of Bureau of Prison, locations are Reeves County Detention Center TX and MDC Los Angeles for California Federal Court Holding Facility, via the United States postal service on 07-20-2020 please see exhibit 1 for copy of plaintiff FOIA request to defendant BOP.

8. In a later date of 08-17-2020, BOP acknowledged receipt of plaintiff FOIA/PA request described in the previous paragraph and assigned it tracking number 2020-06198 SCR. Please see exhibit 2 of the defendant letter of acknowledgement.

9. In defendant response of Exhibit 2, defendant requested for 9 months processing time, which I beleive was longer than necessary. I contacted defendant BOP on various occassion to check on the status of my request including providing the tracking number and complying with all instruction as provided in Exhibit 2 and the defendant refused to respond or produce records as requested.

10. It has now past 9 month since plaintiff Aloba putting request for the records in question and continue to do so. pl

11. Plaintiff has exhausted all reasonable remedy including appealing to BOP FOIA office to anwer to my request and continue to refuse to answer to my request.

12. Defendant has violated FOIA and PA by improperly withholding records and refusing to respond to plaintiff request upon several letters sent to defendant office.

13. Plaintiff Aloba will continue to attempt to get hold of defendant in other to exhaust Administrative Remedy, but its obvious that no remedy is available to plaintiff Aloba on the ground that defendant BOP refused to respond.

3.

## Prayer

Plaintiff Aloba request that this court:

A. Declare Defendant's failure to comply with FOIA and PA to be unlawful;

B. Enjoin Defendant from continuing to withhold the records responsive to plaintiff's FOIA/PA request and otherwise order defendant to produce the requested records without further delay.

C. Grant plaintiff an award of attorney's fee and other litigation cost reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i) and 5 USC § 552a(g)(3)(B); and

D. Grant plaintiff such other and further relief that the court deems proper.

04-26-2026
Aloba Oriyomi

Respectfully Submitted
Aloba Oriyomi
# 75821112
FCI el reno